JEFFREY A. CLARK, SBN 70546
jclark@clark-law.net
CAREY L. MELTON, SBN 221923
cmelton@clark-law.net
AMANDA K. PAWLYK, SBN 276063
apawlyk@clark-law.net
CLARK & ASSOCIATES, P.C.
2999 Overland Avenue, Suite 127
Los Angeles, California 90064-4257
Tel: (310) 815-9440
Fax: (310) 815-0518

JS-6
Note Changes Made by Court

Attorneys for Plaintiff, Newland North America Foods, Inc.

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NEWLAND NORTH AMERICA FOODS, INC.,

Plaintiff,

vs.

RDM INTERNATIONAL, a California corporation,

Defendant.

Case No.: 2:12-cv-00323

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

JUDGMENT

Defendant RDM International, a California corporation ("Defendant"), was served with the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 26, 2012. Defendant has failed to appear, plead or otherwise defend this action. Pursuant to Federal Rule of Civ. Proc. 55(a) the Clerk of this court entered Plaintiff's Request for Entry of Default against the Defendant on February 29, 2012.

///
///
///
///
///

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

1 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

2 | Default judgment is entered in favor of Plaintiff, Newland North America Foods,

3 | Inc., and against Defendant, RDM International, Inc., for a valid Perishable Agricultural

4 | Commodities Act ("PACA") Trust debt in the amount of $400,013.37, including interest

5 | at the statutory rate of 7% per annum. ~~and collection costs and attorneys' fees, until the~~

6 | ~~judgment is satisfied.~~

8 | **IT IS SO ORDERED.**

10 | Dated: March 27, 2012

11 | /s/
12 | The Honorable John F. Walter
United Stated District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2999 Overland Avenue, Suite 127, Los Angeles, California 90064-4257.

On March 22, 2012 I served the foregoing document described as: **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** on all interested parties in this action

[X] by placing [ ] the original [X] a true copy thereof in sealed envelopes addressed as follows:

Robert D. Moore, III.
RDM International, a California corporation
11643 Otsego Street
North Hollywood, CA 91601
*Agent for Service of Process for Defendant RDM International, a California corporation*

[X]   I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully paid.

[ ]   PERSONAL SERVICE: I delivered such envelope by hand to the offices of the addressee.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ]   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL)   I declare that I am employed in the office of a member of this court at whose direction the service was made.

Executed on March 22, 2012 at Los Angeles, California.

_____
AMANDA K. PAWLYK

1